**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KATIE L. COSTELLO,** | ) | **CASE NO.:** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE:** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **US DEPARTMENT OF EDUCATION,** | ) | **NOTICE OF REMOVAL** |
| **ALLTRAN EDUCATION, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Now comes the Defendant, United States Department of Education ("DOE"), by and through Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Alex Rokakis, Assistant United States Attorney, and Karen Swanson Hann, Assistant United States Attorney, and respectfully state as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a) and 1442, for disposition of Plaintiff's claims against the DOE, which are set forth in Trumbull County, Court of Common Pleas, Court Case No. 2019 CV 00427, captioned Katie L. Costello vs. US Department of Education, et al.  (See Ex. A: Complaint, attached hereto.)

2. Plaintiff has named the United States Department of Education (DOE) an agency of the United States, as a defendant in the within action.  Plaintiff alleges a cause of action premised upon an alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15

U.S.C. § 1692, et seq. and the Ohio Consumer Sales Practices Act, R.C. § 1345.01, et seq. ("OCSPA"), all of which prohibit entities from engaging in abusive, deceptive, and unfair practices. (Ex. A: Compl.)

3. On or about March 11, 2019, DOE received notice of Plaintiff's Complaint.

4. This action involves an issue of federal law and has been brought against a federal agency. Therefore, this action may be removed to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1).

5. This Notice of Removal is filed on April 5, 2019. Thus, this notice is timely and proper in accordance with the provisions of 28 U.S.C. § 1446(b).

6. A copy of this notice will promptly be served on all adverse parties and filed with the Clerk of Court for the Trumbull County, Court of Common Pleas pursuant to 28 U.S.C. § 1446(d).

7. The filing of this Notice of Removal does not reflect Defendant's intent to waive any service of process and defenses.

Respectfully submitted,

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF OHIO

BY: s/ Alex Rokakis
Alex Rokakis (#0029078)
Karen E. Swanson Haan (#0082518)
Assistant United States Attorneys
Carl B. Stokes United States Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3600
Facsimile: (216) 522-4982
Email: Alex.Rokakis@usdoj.gov
Email: Karen.Swanson.Haan@usdoj.gov

*Attorneys for Defendant United States, Department of Education*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this *Notice of Removal* was filed electronically through the Court's electronic docketing system. A true and accurate copy of the Notice of Removal was served, via regular U.S. Mail, postage pre-paid, this 05th day of April, 2019, upon:

ANDREW W SUHAR
SUHAR & MACEJKO, LLC
29 East Front Street,
Youngstown, OH 44501
*Counsel for Plaintiff*

and

Alltran Education, Inc.
c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
*Defendant*

                                            /s/ Alex Rokakis
                                            Alex Rokakis
                                            Assistant United States Attorney